```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                        LAS VEGAS, NEVADA


UNITED STATES OF AMERICA,      )
                               )    CR-S-01-0417-LRH-RJJ
          Plaintiff,           )    CV-S-05-1166-LRH-LRL
                               )
vs.                            )    December 6, 2005
                               )
BRYAN HARRISON,                )    MINUTE ORDER
                               )
     Defendant.                )
                               )
```

PRESENT:
THE HONORABLE <u>Larry R. Hicks</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:<u>   NONE APPEARING   </u>   REPORTER: <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):   <u>         NONE APPEARING         </u>

COUNSEL FOR DEFENDANT(S):   <u>         NONE APPEARING         </u>

MINUTE ORDER IN CHAMBERS:

     Defendant BRYAN HARRISON having filed a Motion Pursuant to 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Doc. #91) and no response having been filed by the Government,

     IT IS HEREBY ORDERED that the Government show cause within thirty (30) days from entry of this Order why Defendant Harrison's motion should not be granted.

                                     LANCE S. WILSON, CLERK


                              By:   <u>       /S/         </u>
                                     Deputy Clerk