1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    UNITED STATES OF AMERICA,          )
                                        )      2:01-CR-00417-LRH (RJJ)
10                        Plaintiff,     )      2:05-CV-01166-LRH (LRL)
                                        )
11   vs.                                )
                                        )      ORDER
12   BRYAN HARRISON,                     )
                                        )
13                        Defendants.    )
                                        )
14

15        Presently before this court is Defendant Bryan Harrison's motion pursuant to 28 U.S.C. §

16   2255 to vacate, set aside or correct sentence by a person in federal custody (#91[1]).  The United

17   States provided an opposition noting that the petition appeared time barred (#98).  Defendant

18   then filed a reply delineating the reasons why the doctrine of equitable tolling should apply to

19   Defendant's situation (#105).

20        The court notes that Defendant's arguments for equitable tolling have been raised by

21   reply.  The government, therefore has had no opportunity to brief the issue to the court.  The

22   court will excuse the fact that the issue was first raised in a reply brief and requests the

23   government provide a sur-reply brief on the issue of equitable tolling so that the issue may be

24   fully considered by the court.

25   ///

26   ///

27

28
     _____

     [1]  References to (#XX) refer to the court's docket.  The docket references refer to case
     number 02:01-cr-0417.

1        It is therefore ORDERED that the United States provide a sur-reply to Defendant's

2    motion to vacate, set aside or correct his sentence, focusing on the issue of equitable tolling.

3        The United States shall have thirty (30) days from the date of this order in which to file

4    their sur-reply.

5        DATED this 8th day of December, 2006.

6

7

8                          _____

                      LARRY R. HICKS

9                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28