STEVEN W. MYHRE
Acting United States Attorney
CAMILLE W. DAMM
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:01-cr-00417-LRH(RJJ) |
| ) | 2:05-cv-01166-LRH(LRL) |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION FOR EXTENSION |
| v. ) | TO FILE GOVERNMENT'S SUR-REPLY |
| ) | |
| BRYAN HARRISON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Camille W. Damm, Assistant United States Attorney, and moves for an extension of time until to April 30, 2007, for the filing of the government's sur-reply in this matter. This motion is based on the following:

1. Although having filed a pleading on behalf of the United States Attorney's Office challenging the timeliness of Defendant's Section 2255 motion, the undersigned was not listed on the court's docket for receipt of electronic filings and was unaware of the court's order of December 12, 2006, requiring a sur-reply.

2. The undersigned was recently notified by current counsel for Bryan Harrison, Daniel G. Albregts, Esq., who assumed the case following the departure of another attorney from his office, of the court's order for sur-reply.

3.	The court ordered time period of thirty days for filing of the sur-reply having past, the government respectfully requests an extension until April 30, 2007 for the filing of the sur-reply.

4.	Pursuant to a telephone conversation of March 22, 2007, between Assistant United States Attorney Robert Ellman and Mr. Albregts, there is no opposition to the granting of this motion.

**DATED** this 27th day of March, 2007.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney


 /S/   Camille W. Damm
CAMILLE W. DAMM
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
**LARRY R. HICKS**
UNITED STATES DISTRICT JUDGE